UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
AUBURN DIVISION

| | |
|---|---|
| JAMES NICHOLS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>PENTAGROUP FINANCIAL, LLC )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION<br>FILE NO. 5:11-cv-00209-GLS-DEP<br><br>NOTICE OF DISMISSAL OF CASE |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of New York, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 3rd day of May, 2011.

ATTORNEYS FOR PLAINTIFF
*James Nichols*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 3rd day of May, 2011, with:

United States District Court CM/ECF system

s/Jessica DeCandia
Jessica DeCandia

SO ORDERED:

_Gary L. Sharpe_
U.S. District Judge
Date: May 4, 2011